# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
3:22cr51/TKW

CHAD E. DENNISON
JASON C. MARTINEZ
  and
TINA P. RAHN
  a/k/a "Tina P. Cox"

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about November 1, 2020, and on or about March 11, 2022, in the Northern District of Florida and elsewhere, the defendants,

**CHAD E. DENNISON,
JASON C. MARTINEZ,
and
TINA P. RAHN,
a/k/a "Tina P. Cox,"**

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved alprazolam, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2).

All in violation of Title 21, United States Code, Section 846.



Returned in open court pursuant to Rule 6(f)

Date 8/16/22

United States Magistrate Judge

## COUNT TWO

On or about March 11, 2022, in the Northern District of Florida, the defendants,

**CHAD E. DENNISON,
JASON C. MARTINEZ,
and
TINA P. RAHN,
a/k/a "Tina P. Cox,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved alprazolam.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2), and Title 18, United States Code, Section 2.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendants,

**CHAD E. DENNISON,
JASON C. MARTINEZ,
and
TINA P. RAHN,
a/k/a "Tina P. Cox,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

_____
FOREPERSON

16 AUG 2022
DATE

_____
JASON R. COODY
United States Attorney

_____
JENNIFER H. CALLAHAN
Assistant United States Attorney

4