IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:22cr51-2-TKW

JASON C. MARTINEZ
_____/

## FACTUAL BASIS FOR GUILTY PLEA

**The undersigned parties acknowledge that not all of the facts known from this investigation are contained in this brief summary.** Defendant admits that if this case were to proceed to trial, the government could prove the following facts beyond a reasonable doubt:

On November 3, 2020, Florida Highway Patrol (FHP) responded to an incident wherein a vehicle crashed into a wooden privacy fence in Pensacola, Florida, within the Northern District of Florida. At the time, the driver, Chad E. Dennison (Dennison), possessed 15,848 pills inscribed "S-90-3[1]" as well as a large amount of white and green powder. The various containers encasing the pills were labelled with markings to include "batch #16 11/2/20" and "batch C 11/3/20." A sampling of the pills was subsequently submitted to the Florida Department of Law Enforcement (FDLE) Laboratory and determined to be Alprazolam. Alprazolam, also known as Xanax, is a schedule IV-controlled substance.

---

[1] "S-90-3" is the pill identifier inscription for Alprazolam 2mg.

FILED IN OPEN COURT THIS

_1-10-23_ Sw

CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.

On March 11, 2022, law enforcement executed a judicially authorized federal search warrant at Dennison's residence that he shared with his significant other, Tina P. Rahn (Rahn), in Pensacola, Florida. Said search warrant was related to a long-term investigation by the United States Postal Inspection Service (USPIS) regarding suspicious packages being dropped off at various United States Postal facilities in Pensacola, Florida, destined for locations throughout the country. During execution of the search warrant, law enforcement discovered, amongst other items, a pill crusher, a handwritten drug ledger, several cellular phones, various powders, Ziploc bags, a computer, a thumb drive, several digital scales, a black food-saver unit and food-saver bags, and shipping labels.

On scene, Dennison admitted that he was recruited by his friend, Jason C. **MARTINEZ (MARTINEZ)**, to mail pills[2], mailing approximately fifty packages at a time, two to three times per week. Dennison began working for **MARTINEZ** in 2020, shortly before the vehicle crash, and he was paid at least $500 per week for his engagement in said activities. On certain occasions, Rahn assisted in the mailing of said packages.

The same day, law enforcement executed judicially authorized federal search warrants on an outbuilding related to the criminal conspiracy and **MARTINEZ's** residence, in Pensacola, Florida. Inside the outbuilding, law enforcement

---

[2] Said pills were being sold via the dark web as "Xanax Green Hulks" and described as "pressed with real alprazolam containing almost twice the amount of active ingredient than the pharma ones yet look identical to pharma to the naked eye."

discovered pill presses, a large container encasing parts for the pill presses, a stainless steel mixer, pill counting machines, dyes and stamps, containers encasing powdered substances, a safe, several cell phones, $1900 in United States currency, nitrile gloves, a full body suit, a respirator, a significant volume of baggies, two food-saver machines, a digital scale, a significant volume of United States Postal Service (USPS) shipping labels, packing peanuts, and a list of recipes and handwritten drug ledgers, amongst other items. During surveillance of **MARTINEZ's** residence, law enforcement apprehended an individual departing his home with a duffle bag containing several boxed rolls of printing labels, a label-maker, and a laptop.

On scene at the outbuilding, **MARTINEZ** was apprehended and read his *Miranda* rights; **MARTINEZ** waived his rights and elected to speak with law enforcement. **MARTINEZ** explained that while he was previously incarcerated, he developed a connection that led to his participation in the conspiracy. After release, **MARTINEZ** received two pill presses and was trained on the process of making and shipping the pills. **MARTINEZ** received his orders via email. **MARTINEZ** explained that he was paid approximately $9,000-$10,000 per week and utilized multiple United Parcel Service (UPS) boxes he obtained using fictitious identification to receive associated chemicals.

Accordingly, between on or about November 1, 2020, and on or about March 11, 2022, in the Northern District of Florida and elsewhere, Jason C. **MARTINEZ** knowingly and willfully conspired and agreed with Chad E. Dennison, Tina P. Rahn,

and other persons, to distribute and possess with intent to distribute a controlled substance, and this offense involved alprazolam.

### Elements of the Offense

A. Jury Instructions:
**COUNT 1 – Controlled Substances – Conspiracy; PJI O100**
   (1) Two or more people in some way agreed to try to accomplish a shared and unlawful plan, the object of which was to [possess with the intent to distribute] [distribute] [substance]; and
   (2) The Defendant knew the unlawful purpose of the plan and willfully joined in it.

 

JASON R. COODY
United States Attorney

_____
JOHN A. TERREZZA
Attorney for Defendant

_____
JENNIFER H. CALLAHAN
Assistant United States Attorney
Northern District of Florida
Iowa Bar No. AT0012654
21 East Garden Street, Suite 300
Pensacola, Florida 32502
(850) 444-4000

1/10/23
Date

1/10/23
Date

_____
JASON C. MARTINEZ
Defendant

1/10/23
Date

4